KATHRYN E. VAN HOUTEN (143402)
IRSFELD, IRSFELD & YOUNGER LLP
100 W. Broadway, Ste. 920
Glendale, CA 91210
Telephone: (818) 242-6859
Facsimile: (818) 240-7728

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> ) <br> THADDEUS J. DUCKETT ) <br> ) <br> ) <br> Defendant. ) <br> ) | Case No: CV 15-00961-BRO (DTBx) <br><br> JUDGMENT <br><br> Date: September 21, 2015 <br> Time: 1:30 p.m. <br> Judge: Hon. Beverly Reid O'Connell |

It is adjudged that Plaintiff, United States of America shall recover from Defendant THADDEUS J. DUCKETT:

1. Principal Balance of $49,787.30.
2. Costs in the amount of $477.50.
3. Total Owed $50,264.80.

DATED: September 28, 2015

_____
United States District Judge

1